USDC IN/ND case 1:23-cv-00456-DRL-SLC document 6 filed 10/03/23 page 1 of 7

02C01-2310-PL-000412
Filed: 10/3/2023 4:29 PM
Clerk
Allen County, Indiana
Allen Circuit Court
BB

| STATE OF INDIANA | ) | IN THE ALLEN CIRCUIT COURT |
|---|---|---|
| | )§ | |
| COUNTY OF ALLEN | ) | CAUSE NO. |

LISA L. MORROW )
)
    Plaintiff, )
)
vs. )
)
FAURECIA (FORVIA) )
)
    Defendant )

## COMPLAINT FOR DAMAGES

This is a complaint for damages, violation of the Americans with Disabilities Act as Amended and a Frampton Claim in Indiana subject to supplemental jurisdiction.

1. Plaintiff, (Lisa L. Morrow) (Morrow), is an adult African American female who all times relevant herein was employed by the Defendant.

2. Defendant, (Faurecia) (Forvia) is a corporation located at 4510 Airport Expressway, Fort Wayne, Indiana 46809 and manufactures automobile parts.

3. Forvia is headquartered at and employs in excess of 500 employees each and every quarter and is engaged in interstate commerce and is subject to the jurisdiction of the ADAA.

4. Plaintiff filed a charge of discrimination with the EEOC on June 9, 2023, which a copy is attached as Exhibit A.

5. Plaintiff received her Notice of Right to Sue from the EEOC on July 31, 2023, which a copy is attached as Exhibit B.

6. Morrow began her employment with Defendant on April 2, 2018.

7. Morrow's last worked under the supervision of Hershel Franklin who is a white male.

8. At all times of Morrow's employment Plaintiff met or exceeded Defendant's legitimate job performance expectations.

9. Morrow was injured at work on or about September 17, 2019.

10. Morrow continued to work on light duty. (i.e. packing COVID-19 masks, wiping rails, picking up trash, and etc.)

11. On or about October 8, 2020, Plaintiff was released with permanent restrictions and assigned to the PCL Department.

12. Morrow worked in the PCL Department until her position was eliminated on February 2, 2023.

13. Defendant's Warehouse Manager Sun LNU stated that there were no other jobs available that Plaintiff could perform with her restrictions.

14. According to Sun, the Water Spiders would be responsible for placing parts in totes and re-packing parts in open boxes going forward.

15. It was Plaintiff's understanding that these are individuals, other than Water Spiders, but with less seniority that are performing the job functions Plaintiff performed when Plaintiff was fired.

16. Plaintiff was told by Sun, Defendant didn't want to employ individuals with permanent restrictions, because it was preferred to employ individuals who could do everything on the lines.

17. Plaintiff was injured while doing her job and reported it to Defendant's management.

18. Plaintiff was told she should not have been terminated per policy according to Franklin,

HR Representative Daniel LNV and former Health Safety and Environment Specialist (HSE) Michael Phillips.

19. Plaintiff alleges that current HSE Specialist Dave LNV was somehow involved in the decision to end Plaintiff's employment because Plaintiff complained about him making Plaintiff's job hard for Plaintiff at her former place of employment.

20. Plaintiff's husband resigned in September/October 202. It is quite odd that he departed shortly thereafter.

21. Plaintiff's restrictions could no longer be accommodated.

22. Plaintiff alleges that she was discriminated against due to her disability, all in violation of the Americans with Disabilities Act of 1990, as amended and in violation of Worker's Compensation law.

23. As a proximate result of the above described conduct Plaintiff was terminated and suffered loss of job, benefits, subjected to mental anguish, stress, embarrassment, humiliation, emotional upset and other injuries to be determined.

WHEREFORE, Plaintiff seeks compensatory damages, punitive damages and reasonable attorney fees and for all other just and proper relief.

Respectfully submitted,

*/s/ Samuel L. Bolinger*
Samuel L. Bolinger, #10786-98
803 S. Calhoun St., Ste. 300
Fort Wayne, IN 46802
Tel: 260.407.0040
Fax: 260.407.0039
Email: mark@slblawfirm.org
Counsel for Plaintiff

USDC IN/ND case 1:23-cv-00456-DRL-SLC   document 6   filed 10/03/23   page 4 of 7

02C01-2310-PL-000412

Filed: 10/3/2023 4:29 PM
Clerk
Allen Circuit Court
Allen County, Indiana

EEOC Form 5 (11/09)

|  |  |  |
|---|---|---|
| **CHARGE OF DISCRIMINATION**  This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:  ☐ EEOC  ☐ FEPA | Agency(ies) Charge No(s):  470-2023-01870 |

**Indiana Civil Rights Commission** and EEOC
*State or local Agency, if any*

| 1 Name (indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.) | Home Phone | Year of Birth |
|---|---|---|
| Mrs. Lisa L. Morrow | 260-418-0080 |  |

Street Address
2801 Lykeway Court
FT WAYNE, IN 46808

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Faurceia (Forvia) | 501+ Employees | (260) 210-4787 |

Street Address
4510 Airport Expressway
FORT WAYNE, IN 46809

| Name | No. Employees, Members | Phone No. |
|---|---|---|
|  |  |  |

Street Address  City, State and ZIP Code

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
|  | Earliest: 02/02/2023   Latest: 02/02/2023 |
| Disability |  |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with Faurecia Clean Mobility, now Forvia, on April 2, 2018, and I last worked under the supervision of Hershel Franklin. At all times during my employment, I met and or exceeded my employers legitimate job performance expectations. I was injured at work on or about September 17, 2019 and I to continue working in light duty positions (i.e., packing COVID-19 masks, wiping rails, picking up trash, and etc.). On or about October 8, 2020, I was released with permanent restrictions and assigned to the PCL Department. I worked in the PCL department, until my position was eliminated on February 2, 2023. Warehouse Manager Sun LNU stated that there were no other jobs available that I could perform with my restrictions. According to Sun, the Water Spiders would be responsible for placing parts in totes and repacking parts in open boxes going forward. It is my understanding that there are individuals, other than Water Spiders, but with less seniority that are performing the job functions I performed when I was fired. Ive been told the Sun didnt want to employ individuals with permanent restrictions, because she preferred to employ individuals who could do everything on the Line(s). I was hurt while doing my job, so I should not have been terminated per policy according to Franklin, Human Resources Representative Daniel LNU, and former Health Safety and Environment Specialist (HSE) Michael Phillips. I feel the current HSE Specialist Dave LNU was somehow involved in the decision to end my employment, because I complained about him making my job

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.   **Digitally Signed By: Mrs. Lisa L. Morrow**   06/09/2023   *Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT   SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE  *(month, day, year)* |

Page 1 of 3

**EXHIBIT A**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC  FEPA | 470-2023-01870 |
| Indiana Civil Rights Commission | | and EEOC |
| State or local Agency, if any | | |

hard for me at my former place of employment. My husband resigned in September/October 2022, so it is quite odd that shortly after his departure, my restrictions could no longer be accommodated. I believe I have been discriminated against due to my disability, in violation of the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.  **Digitally Signed By: Mrs. Lisa L. Morrow**  06/09/2023  _Charging Party Signature_ | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT  SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

Page 2 of 3

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

USDC IN/ND case 1:23-cv-00456-DRL-SLC   document 6   filed 10/03/23   page 7 of 7

02C01-2310-PL-000412
Allen Circuit Court

Filed: 10/3/2023 4:29 PM
Clerk
Allen County, Indiana
BB

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Indianapolis District Office
101 West Ohio St, Suite 1900
Indianapolis, IN 46204
(463) 999-1240
Website:

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 07/31/2023

**To:** Mrs. Lisa L. Morrow
2801 Lykeway Court
FT WAYNE, IN 46808

Charge No: 470-2023-01870

EEOC Representative and email:   ANDREA DAYHARSH
Enforcement Supervisor
andrea.dayharsh@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 470-2023-01870.

On behalf of the Commission,

Digitally Signed By: Michelle Eisele
07/31/2023
Michelle Eisele
District Director

EXHIBIT B