AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

LISA L MORROW

                 Plaintiff
   v.                                              **Civil Action No.**    1:23cv456

FAURECIA
(Forvia)
terminated 12/6/2023;
FAURECIA EMISSIONS CONTROL TECHNOLOGIES USA, LLC

                 Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____, which includes prejudgment interest at the rate of ____% plus post-judgment interest at the rate of ____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: Case DISMISSED with prejudice.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Damon R. Leichty on a motion to dismiss. _____

DATE: October 25, 2024                                    *Chanda J. Berta, Clerk Of Court*

                                                                by s/ D. Johnson
                                                                *Signature of Clerk or Deputy Clerk*